# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| EDISON BRACK, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:14-cv-00028-DHB-BKE |
| | ) |
| v. | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Midland Credit Management, Inc. ("MCM"), submits its Answer and Defenses to Plaintiff's Complaint For Damages ("Complaint") as follows:

## PRELIMINARY STATEMENT

In submitting its Answer and Defenses to the Complaint, MCM denies all allegations contained in the unnumbered paragraphs and headings in the Complaint, and specifically denies any allegations in the Complaint that have not been otherwise specifically addressed herein, including any legal conclusions to which a response may be required.

## ANSWER

In response to the specific enumerated paragraphs in the Complaint, MCM responds as follows:

1

1. MCM denies the allegations in Paragraph 1.

2. MCM admits that it maintains the website referenced in paragraph 2. MCM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2 and, therefore, denies those allegations.

3. MCM is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, therefore, denies those allegations.

4. MCM admits the allegations in Paragraph 4.

5. MCM denies the allegations in Paragraph 5.

6. MCM denies the allegations in Paragraph 6.

7. MCM denies the allegations in Paragraph 7.

8. MCM denies the allegations in Paragraph 8.

9. MCM denies the allegations in Paragraph 9.

10. MCM denies the allegations in Paragraph 10.

11. MCM denies the allegations in Paragraph 11.

12. MCM denies the allegations in Paragraph 12.

13. MCM denies the allegations in Paragraph 13.

14. MCM denies the allegations in Paragraph 14.

15. MCM denies the allegations in Paragraph 15.

16.     MCM denies that Plaintiff is entitled to any of the relief set forth in his Prayer For Relief.

## DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, MCM pleads the following defenses to Plaintiff's Complaint.  MCM reserves the right to assert additional defenses that it learns through the course of discovery.

### First Defense

Plaintiff's Complaint fails, in whole or in part, to state a claim against MCM upon which relief can be granted.

### Second Defense

MCM reserves the right to compel arbitration under any and all applicable arbitration agreements.

### Third Defense

Plaintiff's claims should be dismissed because MCM did not violate any provisions of the Fair Business Practices Act, § 10-1-393, *et seq*. ("FBPA")

### Fourth Defense

Plaintiff's claims should be dismissed because MCM did not violate any provisions of the FDCPA.

### Fifth Defense

Plaintiff's claims should be dismissed because any alleged violations of the

FDCPA were the result of a bona fide error, were unintentional, and resulted notwithstanding the maintenance of procedures reasonably adopted to avoid any such error.

### Sixth Defense

Plaintiff has not alleged any injury in fact.

### Seventh Defense

Plaintiff has not sustained damages and does not have standing to assert any of the causes of action asserted in the Complaint.

### Eighth Defense

Any damages allegedly sustained by Plaintiff were not proximately caused by an act or omission of MCM.

### Ninth Defense

MCM asserts and avers herein all defenses and limitations of remedy available to it under the FBPA, FDCPA, state law, and/or any other statute applicable to this case.

### Tenth Defense

MCM denies each and every averment of Plaintiff's Complaint not specifically admitted in this Answer.

WHEREFORE, having fully answered Plaintiff's Complaint, MCM prays for judgment as follows:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with costs taxed against Plaintiff;

(2) that the claims against MCM be dismissed;

(3) that MCM recover from Plaintiff its expenses of litigation, including attorneys' fees; and

(4) that MCM recover such other and additional relief as the Court deems proper.

Respectfully submitted this 7th day of April, 2014.

/s/  *Tully T. Blalock*
Tully T. Blalock
(GA Bar No. 476098)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
Email:  tblalock@kslaw.com

**Attorneys for Midland Credit Management, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing **DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document by first-class mail to the following:

Clifford Carlson
Cliff Carlson Law, P.C.
4501 Russell Parkway, Suite 24
Warner Robins, GA  31088
Attorney for Plaintiff

This 7th day of April, 2014.

                                              */s/ Tully T. Blalock*
                                              Tully T. Blalock